# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-0318-02** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **HERMAN MERCADO,** | : | |
| **Defendant** | : | |

### **O R D E R**

AND NOW, this 9th day of January , 2008, upon consideration of defendant's motion for substitution of counsel (Doc. 131), and of the response thereto by defendant's court-appointed counsel (Doc. 137), and the court finding that the interests of justice[1] do not necessitate substitution of counsel at this juncture because defendant's current counsel has communicated with defendant with reasonable regularity (see id. at 3 (discussing three visits and two telephone conversations with defendant in four month period), and has appropriately attempted to foster cooperation between defendant and the government (see id. at 3-5), it is hereby ORDERED that defendant's motion for substitution of counsel (Doc. 131) is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] See 18 U.S.C. § 3006a(c) ("[T]he court may, in the interests of justice, substitute one appointed counsel for another at any stage of the proceedings.").